**Robert POWERS, Nell Powers and The American Casualty Company.**

**No. 48819.**

Sept. 29, 1967.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

202 So.2d 650

**Dea Aucoin HOLLIER**

**v.**

**Dorothy H. FONTENOT et al.**

**No. 48823.**

Sept. 29, 1967.

The application is denied. The judgment complained of is not final. The rights of the applicant, if any, are reserved in the event of an adverse judgment.